# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00095-CV

**In re Mycal Antoine Poole a/k/a :Mycal-Antoine:Poole.
and John Crawford Williams a/k/a :John-Crawford:Williams.**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Henson

Filed:   February 25, 2009